Greenwich Ins. Co. v City of New York (2024 NY Slip Op 02662)

Greenwich Ins. Co. v City of New York

2024 NY Slip Op 02662

Decided on May 14, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: May 14, 2024

Before: Oing, J.P., González, Kennedy, Higgitt, O'Neill Levy, JJ. 

Index No. 154552/12 Appeal No. 2280 Case No. 2023-04407 

[*1]Greenwich Insurance Company, Appellant,
v
The City of New York et al., Respondents, Triumph Construction Corporation et al., Defendants.

Kaufman Dolowich & Voluck, LLP, Woodbury (Michael L. Zigelman of counsel), for appellant.
Sylvia O. Hinds-Radix, Corporation Counsel, New York (Mackenzie Fillow of counsel), for respondents.

Order, Supreme Court, New York County (J. Machelle Sweeting, J.), entered on or about August 24, 2023, which granted defendants City of New York and New York City Economic Development Corporation's (defendants) motion to quash plaintiff's demand for discovery, and found that defendants were entitled to recover costs in connection with the instant action, unanimously affirmed, without costs.
Plaintiff's contention that it is entitled to discovery to recoup defense expenses is unavailing, inasmuch as this Court has twice previously held that it is obligated to defend defendants (see Greenwich Ins. Co. v City of New York, 139 AD3d 615, 616 [1st Dept 2016]; Greenwich Ins. Co. v City of New York, 122 AD3d 470, 472 [1st Dept 2014]. Those decisions constitute the law of the case (see Carmona v Mathisson, 92 AD3d 492, 492-493 [1st Dept 2012]).
Furthermore, the duty of an insurer to provide a defense is "exceedingly broad" and is triggered where, as here, the allegations in the underlying actions suggest a reasonable possibility of coverage (see Live Nation Mktg., Inc. v Greenwich Ins. Co., 188 AD3d 422, 423 [1st Dept 2020]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: May 14, 2024